# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
**Plaintiff (Petitioner)**

CASE and/or DOCKET No.: 16-05914

Sheriff's Sale Date: _____

V.

ALVIN D. DAVISTON JR. A/K/A A.D. DAVISTON; et al.
**Defendant (Respondent)**

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, D'WAYNE HENRIKSSON, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served ALVIN D. DAVISTON JR. A/K/A A.D. DAVISTON the above process on the 2 day of January, 2017, at 1:15 o'clock, PM, at 2434 GREEN ST. CHESTER, PA 19013, County of Delaware, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no adult family member was found *

☐ By handing a copy at the residence of the Defendant(s) to the clerk or manager of the hotel, inn, apartment house or other place of lodging at which he/she resides *

☐ By handing a copy at the office or usual place of business of the Defendant(s) to the Defendant's(s') agent or to the person for the time being in charge thereof *

* Name: JACKIE DAVISTON
Relationship/Title/Position: SPOUSE
Remarks: _____
Description: Approximate Age 51-55  Height 5'6  Weight 170  Race BLACK  Sex FEMALE  Hair BLACK
Military Status: ☑ No  ☐ Yes  Branch: _____

Commonwealth/State of _Pa_ )
) SS:
County of _Berks_ )

Before me, the undersigned notary public, this day, personally, appeared _D'Wayne Henriksson_ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_(Signature of Affiant)_

Subscribed and sworn to before me
this _5_ day of _JAN_, 20 _17_

_____
Notary Public

**COMMONWEALTH OF PENNSYLVANIA**
**NOTARIAL SEAL**
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017

File Number: USA-158327
Case ID #: 4774965